Winthrop G. Bushnell v. John H. Hammond and Others. — Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Herbert F. Andrews.— Application denied. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Stephen O'Brien, an Attorney.— Referred to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Avery F. Cushman, an Attorney.— Referred to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of John Oscar Ball, an Attorney.— Referred to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Abraham Goldfarb, an Attorney.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph G. Cushman v. George D. Cook and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James Fay v. Sun Printing Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ,

In the Matter of Douglas A. Levien, an Attorney.— Application denied. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Herman L. Roth, an Attorney.— Referred to Hon. Roger A. Pryor, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of W. T. Emmet, Superintendent, etc. (Matter of Empire State Surety Company).— Motions granted; questions certified. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Thomas J. Tuomey, Respondent, v. John J. Walsh and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Albert J. Schirmer, an Infant, by Mary Flanders, His Guardian ad Litem, Respondent, v. Orrel Parker, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ